E. H. Hess v. Charles Gallagher.   M. J. Fitzgerald v. Metropolitan Life Insurance Company.   M. Prineveau v. R. R. Billington.— Applications denied, with ten dollars costs.

Congregation Kehal, etc., v. Universal Building Company.— Motion denied, with ten dollars costs.

Guiseppe Reris, as Administrator, etc., v. Samuel B. Haines.— Motion denied.

Anne Robinson, as Administratrix, etc., v. Consolidated Gas Company.— Motion denied, with ten dollars costs.

Boudinot Keith, as Trustee, v. Mutual Life Insurance Company.— Motion denied, with ten dollars costs.

Elizabeth M. Godley v. Crandall & Godley Company.— Motion granted. Settle order on notice.

In the Matter of Nathan B. Levenson.— Motion denied.   Settle order on notice.

Rutherfurd Realty Company v. Willett F. Cook and Others.— Motion granted. The question as to the payment of the rents and taxes out of the deposit to be also certified.   Settle order on notice.